James MILLER, Movant/Appellant,

v.

STATE of Missouri, Plaintiff/Respondent.

No. 67352.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 14, 1995.

Deborah B. Wafer, Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL, J., and RONNIE L. WHITE, Special Judge.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's denial, after an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).